FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RAMIRO MUNOZ,

    Petitioner,

    v.

K. HARRINGTON, Warden,

    Respondent.

Case No. CV 10-7348-JFW (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: July 6, 2011

John F. Walter
United States District Judge